**Clarence O. CRITES, Petitioner,**

v.

**CONSOLIDATION COAL COMPANY; Director, Office of Workers' Compensation Programs, United States Department of Labor, Respondents.**

No. 04–1019.

United States Court of Appeals, Fourth Circuit.

Submitted: June 30, 2004.

Decided: Jan. 31, 2006.

Robert F. Cohen, Jr., Cohen, Abate & Cohen, L.C., Morgantown, West Virginia, for Petitioner. William S. Mattingly, Jackson Kelly PLLC, Morgantown, West Virginia; Christian P. Barber, United States Department of Labor, Washington, D.C.; Helen Hart Cox, Office of Workers' Compensation Programs, Washington, D.C., for Respondents.

---

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM:

Clarence O. Crites seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C. §§ 901–945 (2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. *See Crites v. Consolidation Coal Co.*, Nos. 03–0108–BLA; 03–0108–BLA–A (BRB Oct. 31, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*